UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE ELLIS ADAMS,

    Plaintiff,

v.                                                                                 Case No. 10-10567
                                                                                 Honorable Patrick J. Duggan

U.S. BANK,

    Defendant.
_____/

## JUDGMENT

Plaintiff Grace Ellis Adams filed a *pro se* complaint against Defendant U.S. Bank ("U.S. Bank") on February 10, 2010, alleging violations of the Fair Housing Act, 42 U.S.C. §§ 3601-3631, the Equal Credit Opportunity Act, 15 U.S.C. §§ 1691-1691f, and fraud in violation of Michigan law. U.S. Bank filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(c) on March 31, 2010, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

DATE: July 1, 2010                                     s/PATRICK J. DUGGAN
                                                            UNITED STATES DISTRICT JUDGE

Copies to:
Grace Ellis Adams
829 Langdon Court
Rochester Hills, MI 48307
Edward C. Cutlip, Jr.
Davidde A. Stella